IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 2:07mj44-TFM |
| TOMMY JEROD THORNTON | ) | |

**ORDER**

For good cause,

It is ORDERED that a **preliminary examination** and a **detention hearing,** pursuant to the Government's Motion for Detention (filed 4/18/2007/Doc. #5), are set for **4/24/2007 at 2:00 p.m.** in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge. Pending the detention hearing, the defendant(s) shall be held in custody of the U. S. Marshal and produced for the hearing.

DONE, this 19th day of April, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE